```
 1  ALEXANDER B. CVITAN (SBN 81746),
    MARSHA M. HAMASAKI (SBN 102720), and
 2  PETER A. HUTCHINSON (SBN 225399), Members of
    REICH, ADELL & CVITAN
 3  A Professional Law Corporation
    3550 Wilshire Boulevard, Suite 2000
 4  Los Angeles, California  90010-2421
    Telephone:  (213) 386-3860
 5  Facsimile:  (213) 386-5583
    E-Mails: alc@rac-law.com marshah@rac-law.com; peterh@rac-law.com
 6
    Attorneys for Plaintiff
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  CONSTRUCTION LABORERS TRUST FUNDS]   CASE NO.: CV07-2643 VBF(RCx)
    FOR SOUTHERN CALIFORNIA           ]
12  ADMINISTRATIVE COMPANY, a          ]  STIPULATED JUDGMENT AGAINST
    Delaware limited liability        ]  DEFENDANT UNIVERSAL
13  company,                          ]  CONSTRUCTION MAINTENANCE
                                      ]  INTEGRATION COMPANY, INC.
14              Plaintiff,            ]
                                      ]
15         vs.                        ]
                                      ]
16  UNIVERSAL CONSTRUCTION            ]
    MAINTENANCE INTEGRATION COMPANY,  ]
17  INC., a California corporation    ]
    also known as and doing business  ]
18  as UNIVERSAL CONSTRUCTION &       ]
    MAINTENANCE, as UNIVERSAL         ]
19  CONSTRUCTION AND MAINTENANCE,     ]
    INC., and as UNIVERSAL            ]
20  CONSTRUCTION; UNIVERSAL CONCRETE  ]
    CUTTING, INC., a California       ]
21  corporation also known as and     ]
    doing business as UNIVERSAL       ]
22  CONCRETE CUTTING and as UNIVERSAL ]
    ENGINEERING; FRANK SEBASTIANO     ]
23  COLARUOTOLO, an individual also   ]
    known as FRANK COLARUOTOLO;       ]
24  AMERICAN CONTRACTORS INDEMNITY    ]
    COMPANY, a California             ]
25  corporation; etc., et al.,        ]
                                      ]
26              Defendants.           ]
                                      ]
27  _____]

28  //
```

LTADC-751A-Proposed Stipulated Judgment Against Defendant Universal Construction Maintenance Integration Company Inc.wpd

1

The sixth through seventeenth claims for relief of the plaintiff (hereinafter "CLTF" where not referred to by its full above-captioned name) were previously dismissed.  The remaining parties to this action have submitted a stipulation regarding the remaining claims for relief and cross-claims (hereinafter "Stipulation") following execution of a settlement agreement (hereinafter "Settlement Agreement").

Pursuant to the Stipulation, all of the remaining claims for relief shall be dismissed by separate order of the Court, issued concurrently with this judgment, other than: (1) CLTF's claims for relief against defendants Universal Concrete Cutting, Inc. (hereinafter "UNIVERSAL CONCRETE") and Frank Sebastiano Colaruotolo (hereinafter "COLARUOTOLO"), except for the eighteenth claim for relief, which shall be dismissed; and (2) CLTF's monetary claims against defendant Universal Construction Maintenance Integration Company, Inc. (hereinafter "UNIVERSAL CONSTRUCTION").

In and by submission of the Stipulation, the remaining parties request entry of a final judgment against UNIVERSAL CONSTRUCTION and in favor of CLTF on CLTF's monetary claims against UNIVERSAL CONSTRUCTION.  The Court finds that there is no just reason or just cause for delay in the entry of such a final judgment, leaving the balance of the claims (of CLTF against UNIVERSAL CONCRETE and COLARUOTOLO) to be resolved in accordance with the terms of the Stipulation.  Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited

LTADC-751A-Proposed Stipulated Judgment Against Defendant Universal Construction Maintenance Integration Company Inc.wpd

-2-

liability company, as an administrative agent for collection for, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance and Laborers Contract Administration Trust Fund for Southern California (hereinafter "TRUST FUNDS"), and against defendant Universal Construction Maintenance Integration Company, Inc., a California corporation also known as and doing business as Universal Construction & Maintenance, as Universal Construction and Maintenance, Inc., and as Universal Construction, in the principal sum of $189,698.70 (consisting of $53,818.37 in unpaid fringe benefit contributions due through the month of April 2008, $133,880.33 in liquidated damages and $2,000.00 in audit fees), as well as $110,735.43 in interest and $40,000.00 in attorneys fees and costs, for a **TOTAL JUDGMENT IN THE AMOUNT OF $340,434.13.**

As stipulated and agreed by and between CLTF and UNIVERSAL CONSTRUCTION, this judgment shall not have res judicata effect, operate as a bar, or effect any other limitation of any right of CLTF or the TRUST FUNDS to determine and collect any amounts due, or that come due, by UNIVERSAL CONSTRUCTION for any period after April 30, 2008, or to take legal action to compel submission of monthly reports and contributions due by UNIVERSAL CONSTRUCTION for any period after April 30, 2008.

As stipulated and agreed by and between CLTF and UNIVERSAL CONSTRUCTION, they shall bear their own respective attorneys fees

and costs related to the litigation and settlement of this action, except to any extent provided for in the Settlement Agreement

DATED: June 29, 2008

_____
VALERIE BAKER FAIRBANK, Judge of the
United States District Court for the
Central District of California

Submitted by:

REICH, ADELL & CVITAN,
A Professional Law Corporation


By: _____
      PETER A. HUTCHINSON
      Attorneys for Plaintiff


HILL, FARRER & BURRILL, LLP


By: _____
      E. SEAN MCLOUGHLIN
      Attorneys for Defendant UNIVERSAL
      CONCRETE CUTTING, INC. and
      Defendants/Cross-Defendants UNIVERSAL
      CONSTRUCTION MAINTENANCE INTEGRATION
      COMPANY, INC. and FRANK SEBASTIANO COLARUOTOLO

LTADC-751A-Proposed Stipulated Judgment Against Defendant Universal Construction Maintenance Integration Company Inc.wpd

-4-